# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CYNTHIA FREEMAN,** | Civil Action No. |
| Plaintiff, | 1:22-CV-01922-MHC-JCF |
| v. | JURY TRIAL DEMANDED |
| **WESTGUARD INSURANCE COMPANY D/B/A/ BERKSHIRE HATHAWAY WEST GUARD INSURANCE COMPANY,** | |
| Defendant. | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF CYNTHIA FREEMAN

COME NOW, Kira Fonteneau, counsel for Plaintiff Cynthia Freeman, and pursuant to Rule 83.1 (E)(3) of the Civil Local Rules of Practice for the Northern District of Georgia, files this Motion to Withdraw as Counsel for Plaintiff, Cynthia Freeman.

1. Undersigned counsel sent Plaintiff written notice, via electronic mail, of their intent to withdraw, which included the conditions and information outlined in USCR 4.3(2).

2. Two (2) days have expired since notice was provided to Plaintiff, and Plaintiff has not objected to counsels' withdrawal.

3. Since the Statute of Limitations for Plaintiff was due to expire, the undersigned deemed it best to file this lawsuit in Court and represent the Plaintiff only for the purposes of saving the statute of limitations.

4. The undersigned has already informed the Plaintiff that she will not continue her legal representation based on contingency.

5. No appearance has been made by the defendant and as such, we could not seek consent.

6. Granting this Motion will not interrupt the orderly operation of the court or be manifestly unfair to Plaintiff as she will continue to represent herself *pro se*.

.

Respectfully submitted this 16th day of May 2022.

.

                                                      /s/ *Kira Fonteneau*
                                                      Kira Fonteneau
                                                      *Counsel for Plaintiff*

**OF COUNSEL**
Barrett & Farahany
P.O. Box 530092
Atlanta, GA 30353

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CYNTHIA FREEMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**WESTGUARD INSURANCE COMPANY D/B/A/ BERKSHIRE HATHAWAY WEST GUARD INSURANCE COMPANY,**<br><br>Defendant. | Civil Action No.<br>1:22-CV-01922-MHC-JCF<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

A copy of the foregoing *Motion to Withdraw as Counsel for Cynthia Freeman* has been served electronically and by mail to the following party:

Cynthia Freeman

2004 Manhattan Pkway

Decatur, Georgia 30035

Cdfreeman18@gmail.com

Respectfully submitted this, 16th day of May 2022.

					*/s/ Kira Fonteneau*
					Kira Fonteneau