# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **CYNTHIA FREEMAN** ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:22-cv-01922-MHC-JCF |
| **WESTGUARD INSURANCE COMPANY D/B/A/ BERKSHIRE HATHAWAY WEST GUARD INSURANCE COMPANY** ) ) ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Derek Reddick, being duly sworn, state:

I am a specially appointed or permanent process server authorized to complete this service.

I served the following documents on Westguard Insurance Company in Gwinnett County, GA on August 17, 2022 at 1:05 pm at 289 Culver St S, Lawrenceville, GA 30046 by leaving the following documents with Linda Banks who as Process Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Westguard Insurance Company.

Summons in a Civil Action
Complaint for Damages

Additional Description:
I delivered the documents to Lisa Banks, Process Specialist for Registered Agent CT Corporation System.

White Female, est. age 60, glasses: N, Gray hair, 140 lbs to 160 lbs, 5' to 5' 3".
Geolocation of Serve: http://maps.google.com/maps?q=33.9519398481,-83.9904891354
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Gwinnett County  ,
  GA   on   8/18/2022  .

/s/ *Derek Reddick*
Signature
Derek Reddick
(252) 916-9932

# Exhibit 1



Exhibit 1a)