UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA FREEMAN,<br>       Plaintiff(s),<br><br>vs.<br><br>WESTGUARD INSURANCE COMPANY,<br>       Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:22-CV-1922-MHC |

## J U D G M E N T

This action having come before the court, Mark H Cohen, United States District Judge, for consideration of the magistrate's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Magistrate Judge's Orders of October 11, 2022, and October 31, 2022.

Dated at Atlanta, Georgia this 5th day of December, 2022.

KEVIN P. WIEMER
CLERK OF COURT

By:  s/D. Burkhalter
       Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
December 5, 2022
Kevin P. Weimer
Clerk of Court

By:    s/D. Burkhalter
         Deputy Clerk